IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) 2:05-cv-02109-GEB-DAD
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　) <u>ORDER CONTINUING STATUS</u>
　　v.　　　　　　　　　　　　　　　　) <u>(PRETRIAL SCHEDULING)</u>
　　　　　　　　　　　　　　　　　　　) <u>CONFERENCE AND RULE 4(m)</u>
　　　　　　　　　　　　　　　　　　　) <u>NOTICE</u>
FRANKLIN CENTER, LLC,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)
_____)
_____)

　　　　　　By Order dated October 20, 2005, a status conference was scheduled in this case for January 23, 2006.  Plaintiff filed a declaration on December 30, 2005, which states Plaintiff has not yet served Defendant, and requests that because of this lack of service the status conference be continued for forty-five days.  Since Plaintiff has not yet perfected service of process, the status conference is reset to March 6, 2006, at 9:00 a.m.  In accordance with the requirements set forth in the October 20 Order, the parties shall file a joint status report no later than fourteen days before the status conference.

　　　　　　　If Defendant is not served by February 17, 2006, Defendant could be dismissed from this action under Federal Rule of Civil

1

1  Procedure 4(m).  If Plaintiff does not serve Defendant by February 17,
2  2006, Plaintiff is ordered to show cause in writing, to be filed no
3  later than 4:00 p.m. on February 21, 2006, why this action should not
4  be dismissed for failure to serve Defendant within the 120-day time
5  period prescribed by Rule 4(m).

7           IT IS SO ORDERED.
8  Dated:  January 13, 2006

10                               /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge