IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>      Plaintiff,<br><br>    v.<br><br>FRANKLIN CENTER, LLC and DOES 1 through 10, inclusive,<br><br>      Defendants. | CV 2:05-cv-2109-GEB-JFM<br><br><u>ORDER RE:  SETTLEMENT<br>AND DISPOSITION</u> |

        Pursuant to the representations of counsel for both parties, the Court has determined that this case is settled.

        In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed within twenty (20) days of this order.  All previously set dates in this matter are hereby vacated.

/////
/////
/////
/////
/////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON COUNSEL AS WELL AS AGAINST ANY PARTY WHO CAUSES NON-COMPLIANCE WITH THIS ORDER.</u>

    IT IS SO ORDERED.

Dated: February 23, 2006

    <u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge